IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL C. SITZMAN, | ) | 7:11CV5006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion and amended motion for enlargement of time (filings 10, 11) are granted, and the brief attached to the amended motion is accepted for filing.

IT IS FURTHER ORDERED that the briefing schedule is modified as follows:

1.   Defendant shall file a brief by December 15, 2011;

2.   Plaintiff may file a reply brief by December 29, 2011; and

3.   This case shall be ripe for decision on December 30, 2011.

November 15, 2011.                                   BY THE COURT:

*Richard G. Kopf*
United States District Judge