IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL SITZMAN, | ) | 7:11CV5006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 14) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by January 16, 2012;

2. Plaintiff may file a reply brief by January 30, 2012; and

3. This case shall be ripe for decision on January 31, 2012.

December 16, 2011.                    BY THE COURT:

                                      *Richard G. Kopf*
                                      Senior United States District Judge